# EXHIBIT "A"

## Summons To Trans Union, LLC

## IN THE COURT OF COMMON PLEAS OF GREENE COUNTY, OHIO
## SUMMONS

MARCUS T JOHNSON
        Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS INC et al
        Defendant.

Case No. 2021 CV 0133

Summons on Complaint

To the following named defendant:
TRAN UNION LLC
C/O THE PRENTICE HALL CORP SYSTEM INC
STATUTORY AGENT
50 WEST BROAD STREET  SUITE 1330
COLUMBUS, OH 43215

You are hereby summoned that a complaint (a copy of which is hereto attached and made a part hereof) has been filed against you in this court by the Plaintiff(s) named herein.

You are required to serve upon the Plaintiff's attorney, or upon the Plaintiff, if he has no attorney of record, a copy of your answer to the complaint within twenty-eight (28) days after service of this summons upon you, exclusive of the day of service.  Said answer must be filed with this court within three days after service on Plaintiff's Attorney.

The name and address of the Plaintiff's Attorney is as follows:
ERIK L WALTER
DWORKEN & BERNSTEIN CO LPA
60 SOUTH PARK PLACE
PAINESVILLE OH 44077
Work Phone(440)352-3391
Fax (440)352-3469

If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

A. J. Williams, Clerk
Greene County Common Pleas Court
45 N. Detroit St.
Xenia, OH 45385

*Melissa Lamb*

**Deputy Clerk**

Dated:  March 8, 2021
9590926699042166016824